---

JEFFREY DURANTE, ON BEHALF OF HIMSELF, FLSA COLLECTIVE
PLAINTIFFS AND CLASS MENBERS

                                           Plaintiff(s)

                - against -

KELLNER DILEO & CO., LLC, ETAL

                                        Defendant(s)

Index # 11 CIV 9024 (SWEET)

Purchased December 9, 2011

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 27, 2011 at 10:30 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS AND COMPLAINT on KELLNER DILEO & CO., LLC therein named,

**SECRETARY OF STATE**   a Foreign LIMITED LIABILITY COMPANY by delivering two true copies to DONNA CHRISTIE, LEGAL CLERK personally, deponent knew said LIMITED LIABILITY COMPANY so served to be the LIMITED LIABILITY COMPANY described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 45 | 5'5 | 145 |

Sworn to me on:  January 4, 2012

| | | | |
|---|---|---|---|
| RALPH MULLEN | JOSEPH KNIGHT | JONATHAN GRABER | STEVEN C. AVERY |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01MU6238632 | No. 01KN6178241 | No. 01GR6156780 | |
| Qualified in New York County | Qualified In New York County | Qualified in New York County | |
| Expires April 11, 2015 | Expires November 26, 2015 | Expires December 4, 2014 | Invoice #: 544805 |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728