JEFFREY DURANTE, ON BEHALF OF HIMSELF, FLSA COLLECTIVE
PLAINTIFFS AND CLASS MENBERS

Plaintiff(s)

Index # 11 CIV 9024 (SWEET)

- against -

Purchased December 9, 2011

KELLNER DILEO & CO., LLC, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 27, 2011 at 10:30 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS AND COMPLAINT on KDC INVESTMENT MANAGEMENT, LP therein named,

**SECRETARY OF STATE**   a Foreign REVISED LIMITED PARTNERSHIP by delivering two true copies to DONNA CHRISTIE, LEGAL CLERK personally, deponent knew said REVISED LIMITED PARTNERSHIP so served to be the REVISED LIMITED PARTNERSHIP described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under SECTION 121-109 OF THE REVISED LIMITED PARTNERSHIP ACT and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 45 | 5'5 | 145 |

Sworn to me on: January 4, 2012

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Expires April 11, 2015

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2015

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2014

**STEVEN C. AVERY**

Invoice #: 544806

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728