UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY DURANTE,

                    Plaintiff,

    v.

KELLNER DELIO & CO., LLC, et al,

                    Defendants.

Case No.: 11-cv-9024

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)


RECEIVED JAN 0 5 2011 JUDGE SWEET CHAMBERS

---

    IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that Plaintiff Jeffrey Durante's NEW YORK STATE LAW CLAIMS ONLY are voluntarily dismissed, with prejudice, against the Defendants pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). **FOR THE AVOIDANCE OF DOUBT, THE FEDERAL CLAIMS ARE NOT DISMISSED.**

_____
C.K. Lee, Esq.
Attorney for Plaintiff

_____
Jyotin Hamid, Esq.
Attorney for Defendants

C.K. Lee, Esq.
KRASELNIK & LEE, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Tel.: 212-465-1188
Fax: 212-465-1181

Jyotin Hamid, Esq.
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: 212-909-1031
Fax: 212-909-6836

SO ORDERED:

Dated: 1-6-12

_____
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-11-12

'11 DEC 30 PM 4:07