# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
www.debevoise.com

**Jyotin Hamid**
Partner
Tel 212 909 1031
Fax 212 909 6836
jhamid@debevoise.com

December 23, 2011





**BY HAND DELIVERY**

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

*Jeffrey Durante v. Kellner DiLeo & Co. LLC, et. al.*, No. 11 Civ. 9024

Your Honor:

    We represent Defendants Kellner DiLeo & Co., LLC (f/k/a Kellner DiLeo Cohen & Co., LLC), KDC Investment Management, LP, George Kellner, Rory Zirpolo and Glen Friedman in the above-referenced case. Pursuant to Rule 2(B) of Your Honor's Individual Practices, please find enclosed courtesy copies of Defendants' Notice of Motion for Partial Judgment on the Pleadings and supporting Memorandum of Law. Because the motion is based on the pleadings, we also submit for Your Honor's convenience courtesy copies of Plaintiff's Complaint and Defendants' Answer.

    Pursuant to Rule 2(E) of Your Honor's Individual Practices, the Notice of Motion designates Wednesday, January 18, 2012, at 12 noon, for oral argument on Defendants' Motion for Partial Judgment on the Pleadings.

Respectfully yours,

Jyotin Hamid

[handwritten annotation: construed as motion for deputation / So ordered / RWSweet USDJ 2-2-12]

cc: Robert L. Kraselnik, Esq.

Enclosures

23572292v1