UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JEFFREY DURANTE,
           Plaintiff/Counterclaim
           Defendant,

    v.

KELLNER DILEO & CO., LLC,
KELLNER DILEO COHEN & CO., LLC,
KDC INVESTMENT MANAGEMENT, LP,
GEORGE KELLNER, RORY ZIRPOLO and GLEN
FRIEDMAN,
           Defendants/Counterclaim
           Plaintiffs.
-------------------------------------------------------------x

No. 11 Civ. 9024 (RWS)
ECF CASE

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED between the parties, by their undersigned counsel, and IT IS HEREBY ORDERED that this action, including all claims and counterclaims asserted herein, shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

| DEBEVOISE & PLIMPTON LLP | KRASELNIK & LEE, PLLC |
|---|---|
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |
| 919 Third Avenue | 30 East 39th Street, Second Floor |
| New York, New York 10022 | New York, New York 10016 |
| (212) 909-6000 | (212) 465-1189 |
| By: _____ | By: _____ |
| Jyotin Hamid | C.K. Lee |

SO ORDERED.

_____
The Honorable Robert W. Sweet

Dated: 4-16-12
New York, New York

23609316v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

JEFFREY DURANTE,
        Plaintiff/Counterclaim
        Defendant,

v.

KELLNER DILEO & CO., LLC,
KELLNER DILEO COHEN & CO., LLC,
KDC INVESTMENT MANAGEMENT, LP,
GEORGE KELLNER, RORY ZIRPOLO and GLEN FRIEDMAN,
        Defendants/Counterclaim
        Plaintiffs.
-------------------------------------------------------------- x

No. 11 Civ. 9024 (RWS)
**ECF CASE**

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED between the parties, by their undersigned counsel, and IT IS HEREBY ORDERED that this action, including all claims and counterclaims asserted herein, shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DEBEVOISE & PLIMPTON LLP
*Attorneys for Defendants*
919 Third Avenue
New York, New York 10022
(212) 909-6000

By: _____
    Jyotin Hamid

KRASELNIK & LEE, PLLC
*Attorneys for Plaintiff*
30 East 39th Street, Second Floor
New York, New York 10016
(212) 465-1189

By: _____
    C.K. Lee

SO ORDERED.

_____
The Honorable Robert W. Sweet

Dated:
New York, New York

23609316v1